UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **ISABELLE BOULANGER, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil no. 1:16-cv-106-JDL |
| | ) | |
| **ARROW MIDSTREAM HOLDINGS LLC, et al.,** | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order on the Plaintiffs' Motion to Dismiss Released Parties entered by District Judge Jon D. Levy on April 6, 2016;

JUDGMENT of dismissal with prejudice and without costs is entered as to all defendants other than Canadian Pacific Railway Company; Canadian Pacific Railway Limited; Soo Line Railroad Company d/b/a Canadian Pacific Railway; Delaware and Hudson Railroad Company, Inc. d/b/a Canadian Pacific Railway; and Dakota, Minnesota, and Eastern Railroad Corporation d/b/a Canadian Pacific Railway.

**Dated this 6th day of April, 2016.**

/s/Julie G. Walentine
**Deputy Clerk**